IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:96CR31**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| THOMAS HOWARD PRICE, JR. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Amend Judgment [doc. 61] filed on May 23, 2007.

In accordance with the Court's original intent, this motion is **GRANTED.** Defendant's sentence is reduced from 60 months to 51 months. A new J&C is to be prepared to reflect the new sentence in order that defendant receive credit for time served in the North Carolina state prison system.

**IT IS SO ORDERED.**

Signed: June 19, 2007

Graham C. Mullen
United States District Judge